Ryan Lee (SBN 235879)
LAW OFFICES OF RYAN LEE, PLLC
7272 E. Indian School Rd., Ste 540
Scottsdale, AZ 85251
Tel: 323-524-9500
Fax: 323-524-9502
ryan@ryanleepllc.com
Attorney for Plaintiff,
RODEL ABAD

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RODEL ABAD**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 16-cv-03812-JCS |
| **U.S. BANK NATIONAL ASSOCIATION,** | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## NOTICE OF SETTLEMENT

Please be advised that the parties have resolved the above captioned matter and request that all future dates be vacated. The parties further request that the parties be provided sixty (60) days to file a dismissal with prejudice

DATED:  November 3, 2016        RESPECTFULLY SUBMITTED,


By: _/s/ Ryan Lee_____
Ryan Lee (SBN 235879)
LAW OFFICES OF RYAN LEE, PLLC
7272 E. Indian School Rd., Ste 540
Scottsdale, AZ 85251
Tel: 323-524-9500
Fax: 323-524-9502
ryan@ryanleepllc.com
Attorney for Plaintiff,

1