Ryan Lee (SBN 235879)
LAW OFFICES OF RYAN LEE, PLLC
7272 E. Indian School Rd., Ste 540
Scottsdale, AZ 85251
Tel: 323-524-9500
Fax: 323-524-9502
ryan@ryanleepllc.com
Attorney for Plaintiff,
RODEL ABAD

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RODEL ABAD**,

Plaintiff,

vs.

**U.S. BANK NATIONAL ASSOCIATION,**

Defendant.

Case No. 16-cv-03812-JCS

**VOLUNTARY DISMISSAL**

Plaintiff hereby voluntarily dismisses the above captioned case with prejudice.

DATED: January 9, 2017

RESPECTFULLY SUBMITTED,

By: _/s/ Ryan Lee_________
Ryan Lee (SBN 235879)
LAW OFFICES OF RYAN LEE, PLLC
7272 E. Indian School Rd., Ste 540
Scottsdale, AZ 85251
Tel: 323-524-9500
Fax: 323-524-9502
ryan@ryanleepllc.com
Attorney for Plaintiff,